ENTERED - SOUTHERN D*
CLERK, U.S. DISTRICT C*

SEP 11 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/11/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 11 2009

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PATRICK KENNEDY, | Case No. SACV 09-611 RNB |
| Petitioner, | **JUDGMENT** |
| vs. | |
| KATHLEEN DICKENSON, | |
| Respondent. | |

In accordance with the Memorandum Opinion and Order Thereon filed herewith,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 10, 2009

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE